**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ISLESTARR HOLDINGS LIMITED and CHARLOTTE TILBURY BEAUTY INC. <br><br> Plaintiffs, <br><br> v. <br><br> FIVE BELOW, INC. and PEARL WORLD INC., <br><br> Defendants. | Case No. 25-9580 <br><br> JURY TRIAL DEMANDED |

## <u>COMPLAINT</u>

Plaintiffs Islestarr Holdings Limited and Charlotte Tilbury Beauty Inc. (together, "Plaintiffs" or "Charlotte Tilbury Beauty"), by and through their attorneys, Debevoise & Plimpton LLP, bring this action against Defendants Five Below, Inc. ("Five Below") and Pearl World Inc. ("Pearl World" and together with Five Below, "Defendants"), and in support thereof allege as follows:

### <u>Preliminary Statement</u>

1. Charlotte Tilbury Beauty is a widely acclaimed, luxury cosmetics, skin care, and beauty company. The company was founded in 2013 by one of the world's most sought-after make-up artists and visionaries, Charlotte Tilbury herself. For more than a decade, Charlotte Tilbury Beauty has designed, manufactured, distributed, and sold high quality and innovative cosmetics, skin care, and related beauty products that empower everyone to be the most beautiful versions of themselves. The company is world-renowned, offering its iconic products in more than 50 countries.

2. In March of 2024, Charlotte Tilbury Beauty launched a new addition to its coveted Pillow Talk product line—the Big Lip Pillow Talk Plumpgasm ("Plumpgasm"). Plumpgasm is a wildly popular lip product that combines the hydrating comfort of a balm with the amplifying power of a lip plumper.

3. Charlotte Tilbury Beauty packages Plumpgasm in a distinctive, highly recognizable container (depicted below), consisting of (1) a cylindrical shape, (2) a cap bearing a quilted pattern, (3) a three-dimensional lip feature at the closure of the cap, and (4) a translucent window along the body of the container (the "Plumpgasm Trade Dress"). This unique combination of features embodies the glamorous aesthetic that consumers associate with the Pillow Talk product line and clearly signals to consumers that Plumpgasm comes from Charlotte Tilbury's iconic company.



4. Reinforced by Charlotte Tilbury Beauty's exclusive and prominent uses of the Plumpgasm Trade Dress, Charlotte Tilbury Beauty has strong trade dress rights in its distinctive packaging design. Plumpgasm has a devoted consumer following, has garnered recognition across traditional and social media, and has accounted for millions of dollars in sales in the United States. Charlotte Tilbury Beauty also has invested hundreds of thousands of dollars in promoting both

Plumpgasm and, specifically, the instantly recognizable Plumpgasm Trade Dress in the United States. These efforts have amplified consumers' recognition of the Plumpgasm Trade Dress as a designator of source.

5. In addition to the strong trade dress rights that it possesses in its distinctive Plumpgasm Trade Dress, Charlotte Tilbury Beauty also owns United States Design Patent No. D1,098,603 (the "Plumpgasm Design Patent"). This particular design patent covers the features comprising Charlotte Tilbury Beauty's unique Plumpgasm packaging.

6. In blatant disregard for Charlotte Tilbury Beauty's rights, Defendants have manufactured, distributed, and/or sold their own "Plumping Lip Gloss," in packaging *nearly identical* in appearance to that of Plumpgasm. Defendants' product incorporates each and every element that combines to give the Plumpgasm Trade Dress its distinctive commercial impression, as illustrated by the depiction of the parties' products side-by-side below.

| Defendants' "Plumping Lip Gloss" | Charlotte Tilbury Beauty's Plumpgasm |
|---|---|
| | |

7.      Defendants' brazen copying demonstrates a clear bad faith intent to capitalize on the goodwill associated with Charlotte Tilbury Beauty's Plumpgasm Trade Dress and Charlotte Tilbury Beauty's design patent rights.  This bad faith is further evidenced through Defendants' refusal to discontinue the manufacture, sale, promotion, and distribution of their Plumping Lip Gloss, even after Charlotte Tilbury Beauty put Defendants on notice of their infringing and dilutive conduct on April 30, 2025.

8.      Defendants' copying of the Plumpgasm packaging and continued manufacture, sale, and distribution of their Plumping Lip Gloss infringes and dilutes Charlotte Tilbury Beauty's rights in the Plumpgasm Trade Dress and infringes Charlotte Tilbury Beauty's design patent rights under the Plumpgasm Design Patent.  This conduct not only harms consumers—who are likely to be deceived into believing that Defendants' Plumping Lip Gloss is somehow associated with Charlotte Tilbury Beauty—but also harms Charlotte Tilbury Beauty by co-opting its hard-earned goodwill and diminishing the source-identifying capacity of its valuable Plumpgasm Trade Dress.

9.      Although Charlotte Tilbury Beauty sought to avoid the need to file this Complaint by requesting that Defendants voluntarily cease and desist from their illegal conduct, Defendants have not done so.  Accordingly, Charlotte Tilbury Beauty brings this lawsuit for design patent infringement, as well as trade dress infringement and dilution, to protect consumers and to prevent Defendants from capitalizing on Charlotte Tilbury Beauty's hard-earned success and substantial investment in Plumpgasm and its widely recognized packaging design.

**The Parties**

10.      Plaintiff Islestarr Holdings Limited is a company organized under the laws of the United Kingdom, with its principal place of business at 8 Surrey Street, London WC2R 2ND.

11. Plaintiff Charlotte Tilbury Beauty Inc. is a corporation organized under the laws of Delaware, with its principal place of business at 148 Lafayette Street, New York, NY 10013. Charlotte Tilbury Beauty Inc. is a wholly owned subsidiary of Islestarr Holdings Limited.

12. Defendant Pearl World Inc. is a corporation organized under the laws of New York, with its principal place of business at 152 W 57th Street, Floor 48, New York, NY 10019.

13. Defendant Five Below, Inc. is a corporation organized under the laws of Pennsylvania, with its principal place of business at 701 Market Street, Suite 200, Philadelphia, PA 19106.

## Jurisdiction And Venue

14. This Court has subject matter jurisdiction over Charlotte Tilbury Beauty's claims pursuant to 15 U.S.C. § 1121 (action arising under the Lanham Act), 28 U.S.C. § 1331 (federal question), and 28 U.S.C. § 1338(a) (any Act of Congress relating to patents or trademarks).

15. This Court has supplemental jurisdiction over Charlotte Tilbury Beauty's related state law claims under 28 U.S.C. § 1367.

16. This Court has personal jurisdiction over Five Below because it operates retail outlets in the state of New York, including in this District, at which it offers for sale and sells the infringing products at issue in this case. In addition, on information and belief, Five Below has further placed infringing products into the stream of commerce with the knowledge or understanding that such products are sold in the state of New York, including in this District. Five Below's website—fivebelow.com—shows that Defendants' Plumping Lip Gloss is available at physical store locations in the state of New York and specifically within this District:



17.     In addition, consumers can use Five Below's website to purchase and have the Plumping Lip Gloss shipped to New York.

18.     As a result of this tortious conduct, Five Below has caused, and is continuing to cause, injury to Plaintiffs within this District.

19.     This Court has personal jurisdiction over Pearl World because it is incorporated and has its headquarters in the state of New York and specifically, within this District.  Moreover, on information and belief, Pearl World has placed infringing products into the stream of commerce with the knowledge or understanding that such products are sold in the state of New York, including in this District.  Five Below's website not only shows that the Plumping Lip Gloss is

6

available in this District, but also includes images of the products that identify Pearl World as the distributor:



[ZOOMED IN IMAGE AVAILABLE ON NEXT PAGE]



20. As a result of this tortious conduct, Pearl World has caused, and is continuing to cause, injury to Plaintiffs within this District.

21. Venue is proper within this District under 28 U.S.C. § 1391(b)(1) because Five Below offers products for sale in this District; on information and belief, transacts sales of products in this District, that infringe and dilute Plaintiffs' intellectual property rights; and is subject to personal jurisdiction in this District. In addition, Pearl World, on information and belief, distributes products and is subject to personal jurisdiction in this District. Venue is also proper under 28 U.S.C § 1391(b)(2) because a substantial part of the events or omissions giving rise to this dispute occurred in this District.

8

**Charlotte Tilbury Beauty and Pillow Talk Big Lip Plumpgasm**

22.     Charlotte Tilbury Beauty was founded in 2013 by Charlotte Tilbury, one of the world's most sought-after makeup artists.  Since its founding, Charlotte Tilbury Beauty has grown into a worldwide leader in high quality, renowned, and innovative cosmetics (including, but not limited to, base, eyes, blush, and lip products), skin care (including, but not limited to, cleansers, masks, serums, and creams), and various related beauty products.

23.     Charlotte Tilbury Beauty products are offered in over 50 countries around the world through free standing stores, including a United States flagship store in Los Angeles; major cosmetics retailers, including Sephora, Ulta, and Revolve; hundreds of beauty counters at department stores, including approximately 1,300 counters in the United States alone; and the ever-popular charlottetilbury.com e-commerce website.

24.     Charlotte Tilbury Beauty's social media channels regularly post information to promote Charlotte Tilbury Beauty products and connect with its approximately 7.3 million followers on Instagram, 2 million followers on TikTok, 1.2 million followers on Facebook, and 185,000 followers on X.  The use of social media, as well as influencers who promote Charlotte Tilbury Beauty's products, has been a key strategy component of Charlotte Tilbury Beauty's success and ability to forge relationships with consumers.  That strategy has been highly successful, with fans regularly engaging with Charlotte Tilbury Beauty on these channels.  For example, on Instagram alone there are 2.1 million posts tagged with #charlottetilbury.

25.     Thanks to the quality of its products and its high-profile, memorable promotional efforts, Charlotte Tilbury Beauty has enjoyed unprecedented success.  In just over a decade, it has sold billions of dollars' worth of cosmetics and skin care products and has been recognized by peers, industry professionals, and consumers as one of the world's most-loved cosmetic brands. In fact, Charlotte Tilbury, Charlotte Tilbury Beauty, and Charlotte Tilbury Beauty products have

been recognized with hundreds of global awards, and the press frequently reports on the company (and notes the many celebrities who wear Charlotte Tilbury Beauty's products on a daily basis).

26. "Pillow Talk" is one of Charlotte Tilbury Beauty's most popular lines. Introduced in 2013, today Pillow Talk consists of over 80 products, including, but not limited to, lipsticks, lip liners, blushes, mascaras, glosses, balms, lip baths, eyeshadows, eyeliners, palettes, and dozens of "Pillow Talk" gift sets. Charlotte Tilbury Beauty sells millions of Pillow Talk products each year in the United States. In addition, its Pillow Talk products are the subject of extensive unsolicited media coverage as well as advertising and promotional campaigns, including with high profile celebrity partners. Charlotte Tilbury Beauty prominently promotes the Pillow Talk line to its millions of social media followers, as illustrated by the post below.



27. In March 2024, Charlotte Tilbury Beauty unveiled Pillow Talk Big Lip Plumpgasm as the newest addition to its iconic Pillow Talk line. Made with an innovative formula that contains hyaluronic acid and Heat + Ice Technology, Plumpgasm is a moisturizing lip gloss that makes lips look plumper. This virally popular product is available in different shades, including, but not limited to, pink nude and brown-berry pink.

 

28. As shown above and on the next page, Plumpgasm products are packaged in a unique container that is instantly recognizable as part Charlotte Tilbury's Pillow Talk line of products, and that embodies the high-glamour aesthetic that is a hallmark of Charlotte Tilbury Beauty products.

[CONTINUED ON NEXT PAGE]



**Charlotte Tilbury Beauty's Design Patent Rights in the Plumpgasm Packaging**

29.     To protect the unique design of its Plumpgasm packaging, Charlotte Tilbury Beauty owns the Plumpgasm Design Patent.  The Plumpgasm Design Patent covers the ornamental appearance of the Plumpgasm packaging and specifically calls out the quilted appearance of the cap and the lip element at the cap's closure as the design's characteristic features.  Images of the protected design are included on the next page, and the registration for the Plumpgasm Design Patent is attached hereto as Exhibit A.

[CONTINUED ON NEXT PAGE]

| The Plumpgasm Design Patent | | | | | |
|---|---|---|---|---|---|
| *Perspective View of Container* | *Perspective View (disclaiming CT logo)* | *Front of Container* | *Back of Container* | *Side View of Container* | *Side View of Container* |
| | | | | | |

| *Top of Container* | *Top of Container (disclaiming CT logo)* | *Bottom of Container* |
|---|---|---|
| | | |

30. Because Charlotte Tilbury Beauty filed for the Plumpgasm Design Patent through an International Design Registration designating the United States, it claims priority from the February 27, 2024, filing date of its UK Design Registration No. 6349517.

31. The claimed Plumpgasm design is both novel and non-obvious, as evidenced by the absence of third-party uses of the design that pre-date the priority date for Charlotte Tilbury Beauty's rights.

**Charlotte Tilbury Beauty's Trade Dress Rights in the Plumpgasm Packaging**

32. In addition to its rights in the Plumpgasm Design Patent, Charlotte Tilbury Beauty has extensive common law trade dress rights in the design of the Plumpgasm packaging, comprised of the following elements: (1) a cylindrical shape, (2) a cap bearing a quilted pattern, (3) a three-dimensional lip feature at the closure of the cap, and (4) a translucent window along the body of the container. This unique combination of features forms the Plumpgasm Trade Dress, which stands alone both in the market for plumping lip glosses and in the market for lip glosses more generally. The Plumpgasm Trade Dress signals to consumers that Plumpgasm comes from the iconic Charlotte Tilbury.

33. The Plumpgasm Trade Dress is an inherently distinctive designator of source. Charlotte Tilbury Beauty also has reinforced the distinctiveness of its trade dress through extensive exclusive use, prominent advertising, and enviable commercial success. Plumpgasm is a widely recognized and popular product. Like the rest of Charlotte Tilbury Beauty's Pillow Talk product line, Plumpgasm quickly acquired a devoted following among everyday consumers and celebrities alike—including Zendaya, Salma Hayek, Emma Stone, Lindsay Lohan, Gabby Thomas, and Drew Barrymore. Since launching in 2024, Plumpgasm has accounted for millions of dollars in sales in

the United States and garnered over one thousand five-star reviews on Charlotte Tilbury Beauty's web store.

34. Due to its exceptional quality, Charlotte Tilbury Beauty's Plumpgasm also has been the subject of extensive unsolicited publicity. For example, the popularity of Plumpgasm has grown significantly through endorsements from makeup artists, models, influencers, and journalists around the world. Plumpgasm has been further publicized through its use at special events such as The Oscars and The Met Gala. Charlotte Tilbury Beauty also has promoted its Plumpgasm products through high profile marketing campaigns, which prominently feature the Plumpgasm Trade Dress.



[CONTINUED ON NEXT PAGE]



35.     Many of Charlotte Tilbury Beauty's Plumpgasm promotions feature not only the Plumpgasm Trade Dress but also world-famous celebrities who help to draw consumer attention. For example, to promote the launch of Plumpgasm, Charlotte Tilbury Beauty worked with supermodels Kate Moss and Jourdan Dunn, and actress and singer Michaela Jaé Rodriguez.  In total, Charlotte Tilbury Beauty has spent hundreds of thousands of dollars promoting Plumpgasm in the United States.





36.     Charlotte Tilbury Beauty's Plumpgasm also has been the subject of extensive coverage by third parties.  For example, Plumpgasm has been spotlighted in publications such as Marie Claire, Vogue, ELLE, Forbes, Good Housekeeping, ET Online, USA Today, Page Six, Byrdie, US Weekly, and InStyle.  As shown on the next page, these articles often prominently feature the Plumpgasm Trade Dress.  Coverage of Plumpgasm frequently recognizes its exceptional quality, its viral popularity, and its unmistakable association with Charlotte Tilbury Beauty.  As Vogue remarked when selecting Plumpgasm as one its favorite lip plumpers, it "delivers that unmistakable *je ne sais quoi* only Charlotte Tilbury can bring."[1]

[CONTINUED ON NEXT PAGE]

---

[1]     Iman Balagam, *The Best Lip Plumpers Are Almost as Good as Filler*, Vogue (Dec. 5, 2024), https://www.vogue.com/article/best-lip-plumpers.

BEAUTY

# Can Charlotte Tilbury's New Lip Gloss "Double the Size" of Your Lips?

—

'Marie Claire' editors put the tingly product to the test.

When you purchase through links on our site, we may earn an affiliate commission. Here's how it works.



[CONTINUED ON NEXT PAGE]



# I Tried the Latest Lip-Plumping Version of Charlotte Tilbury's Iconic Pillow Talk Shade

And my lips have never looked fuller.

written by JORDAN JULIAN    PUBLISHED ON APRIL 25, 2024 09:00PM



BYRDIE / REESE HERRINGTON

37.     Plumpgasm is also promoted extensively on social media, including on Charlotte Tilbury Beauty's social media channels and in partnership with numerous high-profile influencers. For example, Charlotte Tilbury Beauty's Instagram post featuring Pookie and Jett Puckett's promotion of Plumpgasm reached over a million viewers (as shown on the next page).

 

38.     In addition, Plumpgasm products have gained further exposure on social media through posts by Charlotte Tilbury Beauty's fans.  In total, Plumpgasm-focused posts have been viewed millions of times.  As an illustration, the Instagram posts on the next page have garnered hundreds of thousands of views.

[CONTINUED ON NEXT PAGE]

20







39. The Plumpgasm Trade Dress is not only distinctive but also non-functional. As evidenced by the wide variety of product packaging used by competitors in the market for plumping lip gloss, examples of which are shown below, the combination of features that forms the Plumpgasm Trade Dress is not essential to the use or purpose of the packaging.

| Milk Makeup Electric Glossy Lip Plumper | By Beauty Bay Lip Plump + Tripeptide + Hyaluronic Acid |
| --- | --- |
| | |
| **Buxom Plump Shot Peptides Lip Serum** | **Lawless Forget the Filler Lip Plumping Line Smoothing Gloss** |
| | |

| Makeup by Mario MoistureGlow Plumping Lip Color | Tarte Maracuja Juicy Lip Plumping Gloss |
|---|---|
| | |

40. The Plumpgasm Design stands out as distinctive in the crowded market for lip glosses, with its cylindrical container that features a quilted surface pattern on the cap; three-dimensional lip feature at the closure of the cap; and translucent window on the body of the cylinder. Many competing products incorporate *none* of those elements.

**Defendants' Copying of Charlotte Tilbury Beauty's Plumpgasm**

41. Whereas Charlotte Tilbury Beauty has found success in the cosmetics industry with its innovative products, unique designs, and memorable promotions, Defendants have adopted an altogether different strategy: imitation and use of third-party brands' valuable and protected intellectual property rights.

42. On information and belief, Pearl World is a cosmetics manufacturer and distributor that primarily offers products under branded licensing deals and private label agreements. Despite claiming to be "[i]nnovative [m]anufacturers [a]nd [w]holesalers," Pearl World promotes itself to potential partners as particularly well-suited to the rise of "dupe culture" – that is, the proliferation of knockoffs of more popular, recognizable, and higher quality products.

23

43.     For example, on its website Pearl World touts its "uncanny ability to spot relevant, commercial trends across the global platform."[2]  It further promises its partners the ability to take advantage of those trends, explaining that, "[i]n today's retail landscape, 'speed to market' is paramount to success!  The Z-generation and millennials demand immediate gratification without compromise.  Our exclusive sourcing and factory manufacturing relationship . . . insure [sic] that each SKU product will be poised for sale success."[3]

44.     Five Below operates a chain of discount stores that, as its name suggests, primarily sells items for five dollars or less.  As countless social media posts and videos about Five Below's "dupes" make clear, dupe culture is at the core of its business as well.

 

[2]     *Pearl World*, https://www.pearlworldinc.com/ (last visited Nov. 16, 2025).

[3]     *Id.*



45. On information and belief, both Pearl World and Five Below have built their businesses by capitalizing on the hard-earned goodwill of third-party brands. They have now turned their sights to Charlotte Tilbury Beauty and its protected Plumpgasm Trade Dress.

46. While Charlotte Tilbury Beauty welcomes competition, it does not tolerate the unlawful use of its intellectual property. As is the case here, where imitation becomes infringement and dilution of Charlotte Tilbury Beauty's valuable intellectual property rights, it is no longer lawful competition, and it must be stopped.

47. On information and belief, Pearl World began distributing, and Five Below began offering, the Plumping Lip Gloss in or around March 2025, approximately one year after Charlotte Tilbury launched its viral Plumpgasm product and approximately one month before Charlotte Tilbury launched its new shade of Plumpgasm called "Nudegasm Diamonds".



48. The Plumping Lip Gloss is now available in at least five varieties (Strawberry, Pink Sugar, Cherry, Watermelon, and Coconut) and is available for purchase online and in person at Five Below's retail locations, several of which are located in this District.



49.     The Plumping Lip Gloss is one of Five Below's most popular beauty products.  In fact, each of the Strawberry, Pink Sugar, and Coconut varieties of the Plumping Lip Gloss has been displayed among the top twenty products listed on Five Below's "Beauty Essentials, Makeup, Skincare, And Products" webpage when sorted by "Best Seller."

50.     As shown on the next page, Defendants' Plumping Lip Gloss is sold in a container that is ***nearly identical*** to the Plumpgasm Trade Dress.  Most notably, the Plumping Lip Gloss comes in a (1) cylindrical tube that features a (2) quilted pattern top, (3) three-dimensional, lip detail at the closure of the cap, and (4) translucent window along the body of the cylinder.

[CONTINUED ON NEXT PAGE]

27

| Defendants' Plumping Lip Gloss | Charlotte Tilbury Beauty Plumpgasm |
|---|---|
|  | |

51.     The similarities between the two products become even more obvious through live comparisons of the products.  As shown in the image on the next page, captured from an Instagram review of the Plumping Lip Gloss and Plumpgasm, the overall containers, quilted caps, lip features, and translucent windows are nearly identical in size.  Moreover, the caps appear to feature the exact same quilted pattern, from the size of the diamond patches to their convex shape.

[CONTINUED ON NEXT PAGE]



52.     Unsurprisingly, consumers quickly took note of the striking similarities between Defendants' Plumping Lip Gloss and Plumpgasm.  For example, Sydney Purl, a beauty influencer with more than two million followers across TikTok and Instagram, posted the side-by-side comparison of the products shown above, commenting on their nearly identical appearance.  That video prompted another popular beauty influencer to note, "Omg they look the same!," a sentiment echoed by several other commenters.

53.     Many consumers struck by the similarity of Defendants' product to the Plumpgasm Trade Dress have posted similar videos and comments.  For example, in the TikTok video entitled "Charlotte Tilbury Dupes: Five Below Finds You Must Try," one user compared the Plumping Lip Gloss to Plumpgasm and noted that "even the packaging is *identical*."[4]  Another TikTok user, shown below at the right, encouraged her viewers to bring their makeup-loving family members to Five Below because "they're never gonna know" the difference based on the packaging.[5]  These reactions underscore that ordinary consumers perceive Defendants' design to be nearly identical, or at the very least, substantially similar to the Plumpgasm design claimed in the Plumpgasm Design Patent.

 

[4]     @kyladrichardson, TikTok, https://www.tiktok.com/@kyladrichardson/video/7485471338673556782 (last visited Nov. 16, 2025).

[5]     @my_yuuhh, TikTok, https://www.tiktok.com/@my_yuuhh/video/7523316906401484062 (last visited Nov. 16, 2025).

54.     However, while Defendants have copied the Plumpgasm container wholesale, their Plumping Lip Gloss does not contain the same number of active and/or beneficial ingredients used in Charlotte Tilbury Beauty's innovative Plumpgasm formula, such as Charlotte Tilbury Beauty's Fire + Ice Technology (which uses three different lip plumping ingredients), Hyaluronic Filling Spheres, Collageneer™, and Vitamin E.  On information and belief, Defendants do not subject their products to the same stringent quality controls as Charlotte Tilbury Beauty and their Plumping Lip Gloss is of a lower quality than that of Plumpgasm.

**Defendants' Unlawful Conduct
<u>Harms Charlotte Tilbury Beauty</u>**

***Defendants' Plumping Lip Gloss Dilutes and Infringes Charlotte Tilbury Beauty's Rights in the Plumpgasm Trade Dress.***

55.     By manufacturing, distributing, and/or selling the Plumping Lip Gloss, Defendants are attempting to capitalize on the goodwill that Charlotte Tilbury Beauty has cultivated through its extensive use and widespread promotion of its Plumpgasm products.

56.     Defendants have appropriated Charlotte Tilbury Beauty's Plumpgasm Trade Dress with almost no alteration in connection with identical plumping lip gloss products.  The Plumping Lip Gloss container features the same cylindrical shape, quilted patterned cap, three-dimensional lip feature at the closure of the cap, and translucent window along the body of the cylinder, while any differences between the products are negligible.  Defendants' conduct is likely to dilute the source identifying power of the Plumpgasm Trade Dress, both by blurring the association between Charlotte Tilbury Beauty and its Plumpgasm product and by tarnishing the reputation Charlotte Tilbury Beauty has built up in its product by associating the Plumpgasm Trade Dress with Defendants' inferior products.

57.     Defendants' attempt to appropriate the goodwill of Charlotte Tilbury Beauty's Plumpgasm Trade Dress (and, by extension, Charlotte Tilbury Beauty's reputation as a source of

high-quality cosmetic products) is also likely to confuse consumers into believing incorrectly that Defendants' products originate from Charlotte Tilbury Beauty or are affiliated with or sponsored by Charlotte Tilbury Beauty. Such confusion is likely to occur prior to purchase, at the point of sale, and in the post-sale context.

58. This likelihood of confusion is exacerbated by the fact that Defendants' Plumping Lip Gloss competes directly with Plumpgasm, as both products are designed to be applied to the lips in order to achieve a fuller, plumper appearance.

59. Defendants' Plumping Lip Gloss also targets the same consumers through the same channels of trade as Charlotte Tilbury Beauty's Plumpgasm. Like Plumpgasm, the Plumping Lip Gloss is available for purchase online and in retail locations. On information and belief, both Plumpgasm and the Plumping Lip Gloss also primarily target young, female purchasers.

60. Moreover, because both Charlotte Tilbury Beauty and Defendants' products are relatively inexpensive, consumers are likely to exercise a lower level of caution when encountering Defendants' products in the market.

61. On information and belief, Defendants' efforts to unfairly capitalize on the goodwill and popularity of the Plumpgasm product were bolstered by Plumpgasm's launch of a new shade around the same time that Defendants launched their Plumping Lip Gloss.

***Defendants' Plumping Lip Gloss Infringes the Plumpgasm Design Patent.***

62. By manufacturing, distributing, and/or selling the Plumping Lip Gloss, Defendants are further attempting to profit from the design that Charlotte Tilbury Beauty developed through its substantial investment and creativity.

32

63. The Plumping Lip Gloss has an overall appearance that is identical or substantially similar in the eyes of an ordinary observer with an understanding of prior art in the beauty industry to the design claimed in the Plumpgasm Design Patent, as shown by the comparisons below.

| Front of Container | Back of Container |
|---|---|
|  | |

64. On information and belief, Defendants were aware of, and deliberately copied, the Plumpgasm container when designing and manufacturing their own Plumping Lip Gloss. In any event, Defendants were on notice of Charlotte Tilbury Beauty's rights in the Plumpgasm Trade Dress and Plumpgasm Design Patent as early as April 30, 2025, when Charlotte Tilbury contacted Defendants to inform them of its trade dress and then-pending design patent rights in the Plumpgasm packaging. In response, on May 15, 2025, Pearl World's counsel informed Charlotte Tilbury Beauty that Pearl World had exhausted its inventory in the Plumping Lip Gloss and that

no additional orders had since been placed.  Five Below failed to respond to Charlotte Tilbury Beauty's communications, but its website indicated that its inventory in the Plumping Lip Gloss was dwindling.

65.     However, on information and belief, rather than respect Charlotte Tilbury Beauty's rights in the Plumpgasm Trade Dress and Plumpgasm Design Patent, Defendants resumed their production, distribution, and sale of the Plumping Lip Gloss at latest by July 2025 (as evidenced by the replenishment of stock listed on the Five Below website).  On July 9, 2025, Charlotte Tilbury Beauty again reached out to Five Below and Pearl World to request that they cease and desist from their infringement.  When Five Below and Pearl World continued to take no action, Charlotte Tilbury Beauty sent them a draft complaint and warned that it would file the complaint if Five Below and Pearl World did not cease their infringing conduct.  Charlotte Tilbury Beauty received no adequate response and was left with no choice but to file this action to stop Defendants' infringing conduct and irreparable harm to Charlotte Tilbury Beauty.

66.     The Lanham Act and New York law prohibit Defendants' use of Charlotte Tilbury Beauty's Plumpgasm Trade Dress, whereas the Patent Act prohibits Defendants' violation of the Plumpgasm Design Patent.  Defendants have refused to cease their infringement and dilution of the Plumpgasm Trade Dress and their infringement of the Plumpgasm Design Patent.  Charlotte Tilbury Beauty therefore asks this Court to put a stop to Defendants' unlawful conduct, prevent additional harm, and mitigate the damages that Charlotte Tilbury Beauty is likely to suffer as a result of Defendants' actions.

**COUNT ONE**

**(Patent Infringement Under 35 U.S.C. § 271)**

67.     Charlotte Tilbury Beauty repeats and realleges each of the allegations above as if fully set forth herein.

68.     Charlotte Tilbury Beauty owns all right, title, and interest in and to U.S. Patent No. D1,098,603.

69.     Defendants, without authorization from Plaintiffs, have made, used, offered for sale, sold, and/or imported into the United States, and continue to make, use, offer for sale, sell, and/or import into the United States, the Plumping Lip Gloss, the packaging of which is the same as or substantially similar to the design claimed in the Plumpgasm Design Patent.

70.     Comparing the drawings in the Plumpgasm Design Patent with the Plumping Lip Gloss, an ordinary observer with an understanding of the relevant prior art in the beauty industry would be deceived into believing that the Plumping Lip Gloss is the same as or substantially similar to the design embodied in the Plumpgasm Design Patent.

71.     By the acts described above, Defendants have infringed the Plumpgasm Design Patent in violation of 35 U.S.C. § 271.

72.     On information and belief, Defendants' infringement of the Plumpgasm Design Patent is intentional, willful, and in bad faith.

73.     By reason of the foregoing, Charlotte Tilbury Beauty is entitled to injunctive relief against Defendants, restraining Defendants from further acts of infringement of Charlotte Tilbury Beauty's Plumpgasm Design Patent and, after trial, recovery of damages proven to have been caused by reason of Defendants' acts.

35

**(Trade Dress Infringement Under
Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A))**

74.     Charlotte Tilbury Beauty repeats and realleges each of the allegations above as if fully set forth herein.

75.     Charlotte Tilbury Beauty owns all right, title, and interest in and to the Plumpgasm Trade Dress, which is distinctive, valid, legally protectable, and non-functional.

76.     Defendants have used and will continue to use a trade dress that is confusingly similar to the Plumpgasm Trade Dress in commerce without authorization from Plaintiffs.

77.     Defendants' unauthorized use of the confusingly similar trade dress is likely to cause confusion, mistake, or deception among consumers as to the affiliation or connection of Defendants' Plumping Lip Gloss products with Charlotte Tilbury Beauty and the Plumpgasm Trade Dress, and/or as to the origin, sponsorship, or approval of Defendants' goods by Charlotte Tilbury Beauty, constituting false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A).

78.     Defendants' use of the confusingly similar trade dress is likely to cause irreparable injury to the reputation of Charlotte Tilbury Beauty and to the goodwill developed by Charlotte Tilbury Beauty in its Plumpgasm Trade Dress.  The extent of this harm cannot be ascertained at this time.

79.     Defendants' use of the confusingly similar trade dress constitutes infringement of Charlotte Tilbury Beauty's common law trade dress rights in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A).

80. Defendants' use of the confusingly similar trade dress is intentional, willful, and in bad faith, as evidenced, *inter alia*, by Defendants' acknowledgement of Charlotte Tilbury Beauty's rights in the Plumpgasm Trade Dress before resuming its infringing conduct.

81. Defendants have caused, and will continue to cause, irreparable injury to Charlotte Tilbury Beauty, and Defendants' wrongful acts will continue unless and until they are enjoined, as authorized by 15 U.S.C. § 1116.

82. Defendants' acts have unjustly enriched Defendants and have allowed Defendants to enjoy ill-gotten profits from the sale and distribution of their infringing Plumping Lip Gloss.

83. Charlotte Tilbury Beauty has been damaged in an amount to be determined.

## COUNT THREE

### (Dilution Under Section 360-l of New York's General Business Law)

84. Charlotte Tilbury Beauty repeats and realleges each of the allegations above as if fully set forth herein.

85. Charlotte Tilbury Beauty owns all right, title, and interest in and to the Plumpgasm Trade Dress, which is valid, legally enforceable, and non-functional.

86. The Plumpgasm Trade Dress is strong and inherently distinctive. However, in the alternative, through prominent and continuous use in commerce, including commerce within New York, the Plumpgasm Trade Dress has become strong and acquired distinctiveness.

87. Defendants' offering of unauthorized goods that incorporate the Plumpgasm Trade Dress dilutes, or is likely to dilute, the distinctive quality of the Plumpgasm Trade Dress, and thus lessens the capacity of the Plumpgasm Trade Dress to distinguish Charlotte Tilbury Beauty's goods. Defendants' unauthorized provision of the Plumping Lip Gloss results in blurring in the minds of consumers as between the genuine Plumpgasm products offered by Charlotte Tilbury

37

Beauty and Defendants' unauthorized goods, thereby lessening the capacity of the Plumpgasm Trade Dress to serve as a unique identifier of Charlotte Tilbury Beauty's products.

88. Defendants' unauthorized provision of the Plumping Lip Gloss also results in the tarnishment of the goodwill and reputation of the Plumpgasm Trade Dress, as it creates association between the Plumpgasm Trade Dress and Defendants' Plumping Lip Gloss product, which is of lower quality than the Plumpgasm products offered by Charlotte Tilbury Beauty.

89. By the acts described above, Defendants have actually diluted, or are likely to dilute, the distinctiveness of the Plumpgasm Trade Dress, and have caused a likelihood of harm to Charlotte Tilbury Beauty's business reputation in violation of Section 360-1 of the New York General Business Law.

90. Defendants' wrongful acts will continue unless and until they are enjoined.

91. Defendants' wrongful conduct has caused, and will continue to cause, irreparable injury to Charlotte Tilbury Beauty unless and until they are enjoined.

92. Defendants' acts have unjustly enriched Defendants and have allowed Defendants to enjoy ill-gotten profits from the sale and distribution of their infringing Plumping Lip Gloss.

93. Charlotte Tilbury Beauty has been damaged in an amount to be determined.

## COUNT FOUR

### (Trade Dress Infringement Under New York Common Law)

94. Charlotte Tilbury Beauty repeats and realleges each of the allegations above as if fully set forth herein.

95. Charlotte Tilbury Beauty owns all right, title, and interest in and to the Plumpgasm Trade Dress, which is distinctive, valid, legally protectable, and non-functional.

96. Defendants have used and will continue to use a trade dress that is confusingly similar to the Plumpgasm Trade Dress in commerce without authorization from Plaintiffs.

97. Defendants' unauthorized use of the confusingly similar trade dress is likely to cause confusion, mistake, or deception among consumers as to the affiliation or connection of Defendants' Plumping Lip Gloss product with Charlotte Tilbury Beauty and the Plumpgasm Trade Dress, and/or as to the origin, sponsorship, or approval of Defendants' goods by Charlotte Tilbury Beauty, and Defendants have engaged in this conduct in bad faith by continuing to use Charlotte Tilbury Beauty's Plumpgasm Trade Dress after receiving Charlotte Tilbury Beauty's cease-and-desist letters.

98. Defendants' acts, as described above, constitute unfair competition under New York State common law, as preserved by N.Y. Gen. Bus. Law § 360-o.

99. Defendants' wrongful acts will continue unless and until they are enjoined.

100. Defendants' acts have caused, and will continue to cause, irreparable injury to Charlotte Tilbury Beauty unless and until they are enjoined.

101. Defendants' acts have unjustly enriched Defendants and have allowed Defendants to enjoy ill-gotten profits from the sale and distribution of their infringing Plumping Lip Gloss.

102. Charlotte Tilbury Beauty has been damaged in an amount to be determined.

## COUNT FIVE

**(Deceptive Practices under Section 349(a) of
Article 22-A of New York's General Business Law)**

103. Charlotte Tilbury Beauty repeats and realleges each of the allegations above as if fully set forth herein.

104. Defendants' unfair use of the Plumpgasm Trade Dress is likely to materially mislead and deceive consumers, in that it is likely to cause members of the public to believe,

incorrectly, that Defendants' products originate from, or have been authorized, sponsored, approved, or endorsed by Charlotte Tilbury Beauty, or that Defendants' products and businesses are otherwise connected to, sponsored by, or affiliated with Charlotte Tilbury Beauty in some way; whereas, in fact, Charlotte Tilbury Beauty does not approve of Defendants' appropriation of its trade dress for Defendants' products or businesses.

105. Defendants' actions were directed at consumers.

106. Defendants' acts have caused, and will continue to cause, irreparable injury to Charlotte Tilbury Beauty unless and until they are enjoined.

107. Defendants' acts have unjustly enriched Defendants and have allowed Defendants to enjoy ill-gotten profits from the sale and distribution of their infringing Plumping Lip Gloss.

108. Charlotte Tilbury Beauty has been damaged in an amount to be determined.

## PRAYER FOR RELIEF

WHEREFORE, Charlotte Tilbury Beauty respectfully requests:

A. A judgment that Defendants have infringed Charlotte Tilbury Beauty's Plumpgasm Design Patent in violation of 35 U.S.C. § 271;

B. A judgment that Defendants have infringed Charlotte Tilbury Beauty's Plumpgasm Trade Dress in violation of 15 U.S.C. § 1125(a);

C. A judgment that Defendants have diluted Charlotte Tilbury Beauty's Plumpgasm Trade Dress in violation of New York General Business Law § 360-1;

D. A judgment that Defendants have infringed Charlotte Tilbury Beauty's Plumpgasm Trade Dress in violation of New York common law;

E. A judgment that Defendants have committed unfair trade practices in violation of New York General Business Law §349;

40

F.     An injunction enjoining and restraining Defendants and all those acting in concert or participation with Defendants from manufacturing, importing, distributing, offering for sale, or selling the Plumping Lip Gloss and from further infringing Charlotte Tilbury Beauty's Plumpgasm Design Patent and Plumpgasm Trade Dress.

G.     An order requiring Defendants to recycle any remaining inventory of the Plumping Lip Gloss;

H.     An accounting and award of Defendants' profits;

I.     An award of Charlotte Tilbury Beauty's actual money damages, trebled;

J.     An award of such other and further punitive damages to the fullest extent permitted by law;

K.     An award of Charlote Tilbury Beauty's costs of litigation and attorneys' fees to the full extent permitted by 15 U.S.C. § 1117 and 35 U.S.C. § 285.

L.     Such other and further relief as the Court deems just and proper.


## JURY DEMAND

In accord with Federal Rule of Civil Procedure 38, Charlotte Tilbury Beauty respectfully demands a jury trial on all claims and issues.


Dated:     November 17, 2025
           New York, New York


                              /s/ *Megan K. Bannigan* _____

                              Megan K. Bannigan (mkbannigan@debevoise.com)
                              Kathryn C. Saba (ksaba@debevoise.com)
                              **DEBEVOISE & PLIMPTON LLP**
                              66 Hudson Boulevard
                              New York, New York 10001

Telephone: (212) 909-6000

*Counsel for Plaintiffs Islestarr Holdings Limited and Charlotte Tilbury Beauty Inc.*