USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/9/2026

**Debevoise & Plimpton**

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

Megan K. Bannigan
Partner
mkbannigan@debevoise.com
Tel +1 212 909 6127

MEMO ENDORSED

*[handwritten:]* 1/9/2026
The pretrial conference is adjourned to April 2, 2026 at 10:30 Am

January 8, 2026

**VIA ECF**

The Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2550
New York, NY 10007-1312

Re:   *Islestarr Holdings Limited et al. v. Five Below, Inc. et al.*, No. 1:25-cv-09580

Dear Judge McMahon:

We represent Plaintiffs Islestarr Holdings Limited and Charlotte Tilbury Beauty Inc. (together, "Plaintiffs") in the above-captioned case. We write to request adjournment of the initial pre-trial conference, currently scheduled for January 22, 2026. *See* ECF No. 17.

On January 5, 2026, the Court relieved Stephen L. Baker and Baker & Rannells, P.A. as counsel to Defendants Five Below, Inc. and Pearl World Inc. (together, "Defendants"). ECF No. 26. The Court further ordered Defendants to appear through substitute counsel within sixty (60) days of the order. *Id.* As of this filing, Defendants have yet to appear through substitute counsel and may not appear before the initial pre-trial conference. In addition, because Plaintiffs allege patent infringement, the Court requires the parties to confer in advance of the conference both as to proposed scheduling for the case and to identify and narrow issues related to claim construction. Individual Practices and Procedures, Rule IV(F); *see also* ECF No. 17, ¶ 5(b).

Accordingly, Plaintiffs respectfully request that the Court adjourn the initial pre-trial conference until a date after Defendants have appeared through substitute counsel.

Respectfully submitted,

/s/ *Megan K. Bannigan*
Megan K. Bannigan
Kathryn C. Saba
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000

Case 1:25-cv-09580-CM    Document 27    Filed 01/08/26    Page 2 of 2

*Counsel for Plaintiffs Islestarr Holdings*
*Limited and Charlotte Tilbury Beauty Inc.*