# GRSM50
## GORDON REES SCULLY MANSUKHANI
### YOUR 50 STATE LAW FIRM™

**GREGORY N. BRESCIA**
gbrescia@grsm.com
Direct (914) 777-2215

500 Mamaroneck Avenue, Suite 503
Harrison, NY  10528
www.grsm.com

March 31, 2026

**VIA ECF**
Honorable Colleen McMahon
United States District Judge, Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

      **Re:**    ***Islestarr Holdings Ltd et al. v. Five Below, Inc. et al.***
              **Case No. 25-9580**

Dear Judge McMahon:

Defendants Five Below Inc. and Pearl World Inc. ("Defendants"), with the consent of Plaintiffs Islestarr Holdings Ltd. and Charlotte Tilbury Beauty Inc. ("Plaintiffs") respectfully submit this consent letter motion to request a continuation of the April 2, 2026 pretrial conference. This extension will permit the parties time to continue to explore the possibility of resolving this matter.

The parties are currently engaging in, and have agreed to continue to engage in, discussions to explore the possibility of resolving this matter. To permit the parties to meaningfully engage in those discussions and to conserve resources, Defendants, with the consent of Plaintiffs, request that the Court continue the April 2, 2026 pretrial conference. The parties' counsel are available on: May 18, May 19, May 21, or May 22, 2026. The parties agree that absent exigent circumstances, they will not request a further continuation of this conference.

Alternatively, if the Court is not inclined to continue the pretrial conference, the parties request that their counsel be permitted to appear via telephone, pursuant to this Court's Individual Practices and Procedures, Rule III.C.

Sincerely,

Gregory N. Brescia
Gordon Rees Scully Mansukhani, LLP
Counsel for Defendants Five Below Inc.
and Pearl World Inc.

cc: All counsel (via ECF)