USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 10/1/2026

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

ISLESTARR HOLDINGS LIMITED and CHARLOTTE TILBURY BEAUTY INC.

Plaintiffs,

v.

FIVE BELOW, INC. and PEARL WORLD INC.,

Defendants.

No. 1:25-CV-9580-CM

## NOTICE OF DISMISSAL WITH PREJUDICE

Neither Defendant Five Below, Inc. nor Defendant Pearl World Inc. has served an answer or a motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Islestarr Holdings Limited and Charlotte Tilbury Beauty Inc. hereby dismiss the above-entitled action with prejudice.

MEMO ENDORSED

Dated: July 24, 2026

/s/ Megan K. Bannigan
Megan K. Bannigan (mkbannigan@debevoise.com)
Kathryn C. Saba (ksaba@debevoise.com)
**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, New York, 10001
Telephone: (212) 909-6000

*Attorneys for Plaintiffs Islestarr Holdings Limited and Charlotte Tilbury Beauty Inc.*

Terminate the motion on March 2027 list. This is a dismissed CASE

10/1/2026